CASE NO. 2:23-CV-01571-DAD-AC

IN THE UNITED STATES EASTERN DISTRICT COURT

---

**FILED**

SEP 1 2 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

SONIA SAYYEDALHOSSEINI,

Plaintiff,

v.

LOS RIOS COMMUNITY COLLEGE DISTRICT, ET. AL.,

Defendants.

---

**TITLE:**

**MOTION FOR ENTRY OF JUDGMENT**

**Date: November 29, 2023**

**Time: 10:00 AM**

**Court Room: 26, 8th Floor**

---

SONIA SAYYEDALHOSSEINI, PRO SE

713 Stafford Street, Apt # 46

Folsom, CA 95630

soniaseyedalhoseini@yahoo.com

(916) 517-8294

September 12th 2023

**Motion for Entry of Judgment**
**Case # 2:23-CV-01571-DAD-AC**
**Sonia Sayyedalhosseini vs. Losrios and et al**

**To: U.S. Eastern District Court of California**

**Title**: **Motion for Entry of Judgment**

Dear sir/madam,

Greetings the day. I hope you're doing well.

By this motion/request I want to kindly and respectfully ask you to accept my **"Motion for Entry of Judgment"**.

As you can see in Exhibit # 1, I have filed my complaint on July 31st 2023. My complaint was filed completely based on all Federal Court Instructions and met all the required criteria of district court. It is true that I am Pro Se litigant but I am so familiar with all the court's instructions and criteria.

Besides that, my complaint has all structures of a perfect complaint such as: Filled Civil Cover Sheet Form, Filled Employment Discrimination Complaint Form, DOJ Lawsuit Letter (Exhibit # 2), EEOC Investigation Results (Exhibit # 3), Table of Contents (which has been attached to the beginning of my complaint), Attachment # 1 (Statement of Facts, Claims and Complaints), Attachment # 2 (Statement of Relief and Demands), Exhibits Section (143 Exhibits).

As you can see in Exhibit # 2, this complaint filed based on **DOJ Lawsuit Letter** which was issued on **May 9th 2023** according to my request for Notice of Right to Sue regarding **EEOC Charge # 555-2020-01235**. They gave me **90 days** to file my lawsuit in district court. I have filed my complaint against Losrios on **July 31st 2023**. So, I have filed my complaint in a **timely manner**.

In addition to it, my case is so straightforward because as I mentioned above, Losrios Community College District's violations already have been **discovered**, **proved** and **confirmed** by federal investigation through U.S. Equal Employment Opportunity Commission, EEOC, as you can see it in Exhibit # 3.

This investigation results (EEOC Determination Letter) released after **in or around 2 years EEOC investigation** of **more than 1000 pages** documents, statements, exhibits and other proofs that parties gave to EEOC regarding **Charge # 555-2020-01235** (in the form of Charge Complaint, Defendants' Position Statements, Plaintiffs' Hereinafter Charge and ....).

**Motion for Entry of Judgment**
**Case # 2:23-CV-01571-DAD-AC**
**Sonia Sayyedalhosseini vs. Losrios and et al**

On the **third paragraph** of EEOC Investigation Results (in Exhibit # 3) mentioned:

*"I have considered all the evidence disclosed during the investigation and have determined that there is reasonable cause to believe that Respondent did not assign Charging Party courses for Fall 2020 semester and **laid her off** from employment in **retaliation** for engaging in protected activity, **in violation of Title VII**."*

After I filed a perfect complaint in a timely manner, I have hired a **Specialist in Service of Process** whose name is **Johnny Adams.** As you can see in Exhibit # 4, he has almost **20 years experience** in this job. The defendants have been served **duly, truly, properly and completely** by Johnny Adams who is a specialist process server and he has almost 20 years experience in this job.

As you can see in Exhibit # 5, he served **Laura Machado** who is a responsible person to receive legal documents in **Human Resource of Losrios Community College District** on **August 17th 2023** with the following documents:

Summons in Civil Case, Initial Scheduling Order, Pro Se Cases and Court Instructions, Consent Form regarding Magistrate Judge, Proof of Service Form, Complaint for Employment Discrimination, Table of Content, Attachment # 1 (Statement of Facts, Claims and Complaint), Attachment # 2 (Statement of Relief and Demands), Exhibits and all other documents which is related to this case.

In addition to Losrios Community College District, the service was attempted at Folsom Lake College but the administration didn't accept it because they mentioned that Folsom Lake College is one branch of Losrios Community College District so, the Human Resource of Losrios should be served.

In addition to it, I have sent a copy of all the above documents with the certified mail to U.S. Equal Employment Opportunity Commission, EEOC Oakland Local Office, EEOC of San Francisco and also Headquarters of EEOC in Washington, D.C.

As you can see in Exhibit # 6, the Defendant filed their 4 distinct Motions regarding Quash or Dismiss on 09-07-2023. Defendants mentioned to irrelevant, strange, ridiculous, shameful, regrettable and weird things in their motions, requests, notices and declaration regarding Quash or Dismiss for Insufficient Service of Process.

So, I have contacted with Johnny Adams again and shared with him the defendant's Motion to Quash or Dismiss. As you can see in Exhibit # 7, I asked Johnny Adams to clarify this point that how did he realize that Laura Machado in Human Resource of Losrios **is responsible to receive legal documents?**

As you can see in Exhibit # 8, Johnny Adams who is the specialist server in this case,

2

Motion for Entry of Judgment
Case # 2:23-CV-01571-DAD-AC
Sonia Sayyedalhosseini vs. Losrios and et al

has sent me an **updated Affidavit of Service** with **additional comments** which has been **signed on 09-07-2023** and includes my answer.

As you can see in Exhibit # 8 (in the Additional Comments section), when Johnny Adams arrived and given address, he stated that he had legal documents for service of process and asked for someone in the legal department or Human Resources who was authorized to accept service of process .

He was directed to Laura Machado, **NOT TO** Brian King or other officers or secretaries that Losrios mentioned in their motions. Besides that, Laura Machado confirmed that she is authorized to accept the service of Process.

As you can see in Exhibit # 8, Johnny Adams stated in the Additional Comments section the following statement:

*"Additional Comments: When I arrived and given address, I stated that I had legal documents for service of process and asked for someone in the legal department or Human Resources who was authorized to accept service of process. I was directed to Laura Machado who stated she was happy to sign for the documents. I replied that a signature was not require for service or process."*

Johnny Adams who is specialist process server in this case is available to come to the court for testifying before the Honorable Judge. The above statement of server proves and establishes this point that Losrios Community College District has **plot** to Dismiss this case by some excuses such as: Insufficient Service of Process (their current excuse) or Intentionally & Purposely Preventing Receipt of Service (their future plan) because they know that this case is so straightforward.

So, as you can see in Exhibit # 9, I have filed my **Opposition & Objection to Reject & Rebut Defendants' Motions, Requests & Notices regarding Quash or Dismiss for Insufficient Service of Process** on September 11th 2023. I have rejected & rebutted defendants' Motion for Dismiss or Quash by **6 Oppositions & Objections**. Please please read it one by one, line by line.

As you can see in Exhibit # 10, I have filed my "Clarification regarding Proof of Service" which has been filed on 08-31-2023. On that file, I have mentioned to this point that in addition to defendants, I have sent a copy of all the aforementioned documents which Losrios has been served with them, to all of the commissions, committees, organizations by certified mail.

Those commissions, committees, organizations which have been served by certified mail are as below:

Motion for Entry of Judgment
Case # 2:23-CV-01571-DAD-AC
Sonia Sayyedalhosseini vs. Losrios and et al

- The Local EEOC of Oakland
- The Local EEOC of San Francisco
- The Headquarters of EEOC in Washington D.C.
- The U.S. Department of Justice, Civil Rights division, Employment Litigation Sec.
- U.S. Department of Justice, Attorney General
- Faculty Association of California Community College, FACCC
- American Federation of Teachers, AFT
- The Executive Director of Losrios' Union
- Supreme Court of the United States
- United States Courts for 9th Circuit of Appeal
- The House Judiciary Committee
- The U.S. Senate Judiciary Committee
- Governor of California (because Losrios gets funds from them)

You can see all the proof of services in Exhibit # 1!

In addition to it, as you can see in Exhibit # 12, defendants filed their Notice of Related Cases on 09-08-2023. Defendants' mentioned to other irrelevant, strange, ridiculous, shameful, regrettable and weird things on that Notice.

So, as you can see in Exhibit # 13, I have filed another **Opposition & Objection to Reject & Rebut Defendants' Notice of Related Cases** on **September 11th 2023**.
I have rejected & rebutted defendants' Motion for Dismiss or Quash by another **6 Oppositions & Objections.** Please please read it as well, one by one, line by line.

In addition to it, Contrary to what defendants mentioned in their Notice of Related Cases, **NOT** only are defendants **NOT** worried about justice's efforts, **but also** many times Losrios Community College District **deliberately, intentionally** and **purposely procrastinated**, **delayed** and **diverted** the path of justice because as you can see in Exhibit # 3, after that the EEOC Investigation's Results (Determination Letter) came up and Losrios was known **guilty in violation of Title VII of my Civil Rights in retaliation to participate in a protected activity (paragraph 3 of Exhibit # 3),** the EEOC attempted to eliminate the illegal unlawful practice by informal methods of conciliation.

As you can see in Exhibit # 3, on the **fourth paragraph** of EEOC Investigation's Results (Determination Letter) mentioned:

*"Upon finding that **there is reason to believe that violations have occurred, the Commission attempts to eliminate the alleged unlawful practices** by informal methods of conciliation."*

Although this investigation results (EEOC Determination Letter) released after in or

Motion for Entry of Judgment
Case # 2:23-CV-01571-DAD-AC
Sonia Sayyedalhosseini vs. Losrios and et al

around **2 years EEOC investigation** of **more than 1000 pages** documents, statements, exhibits and other proofs that parties gave to EEOC (in the form of Charge Complaint, Defendants' Position Statements, Plaintiffs' Hereinafter Charge and ....) but as you can see in Exhibit # 14, **the efforts of Commission was unsuccessful**. So, on September 7th 2022, EEOC's Director of Oakland on behalf of the Commission has mentioned that:

*"The Commission has determined that efforts to conciliate this charge as required Title VII of the Civil Rights Act of 1964 (Title VII) have been __unsuccessful__. This letter is the notice required by §1601.25 of the Commission's Regulations, which provides that the Commission shall __notify a Respondent in writing__ when it determines that __further conciliation efforts__ would be __futile__ or __non-productive__. No further efforts to conciliate this case will be made. Accordingly, we are at this time forwarding the case to the Department of Justice for litigation review. A determination should be forthcoming in the near future."*

This letter proves and establishes that Losrios Community College District always tries to escape from the responsibility in front of justice but Losrios Community College District **has to** know that the U.S. Eastern District Court is **completely different** from EEOC and has independent Honorable Judges who protect justice from distort or distract so Losrios cannot try again to divert the path of Justice or to escape from their responsibility.

In fact, Losrios Community College District by filing their motion to Dismiss or Quash, instead of accepting their responsibility for their **violations** and making amends, they are **again** trying to divert the path of Justice.

Losrios Community College District **already** tried to divert the path of Justice and distort the reality because when the case was on EEOC, Losrios did their best to distract the investigation process by affecting on some EEOC supervisors and investigators but I **stopped** all of them (Losrios and EEOC).

Although the EEOC investigation result (EEOC Determination Letter) regarding **Charge # 555-2020-01235 proves** and **establishes** this point that **Losrios Community College District is guilty in violation of Title VII of my Civil Rights in retaliation to participate in a protected activity (paragraph 3 of Exhibit # 3)** BUT this result of EEOC investigation came up only and only **1 week after that EEOC being served with my federal lawsuit against EEOC !!!!!Shame on EEOC.**

As you can see in Exhibit # 15, I have filed federal complaint against EEOC of Oakland and San Francisco on August 8th **2022** in **U.S. Northern District Court of California** with **Court Case # 22-cv-03367-YGR** because during 2 years EEOC investigation period (since September 2020 until August 2022), the Federal law has

Motion for Entry of Judgment
Case # 2:23-CV-01571-DAD-AC
Sonia Sayyedalhosseini vs. Losrios and et al

been violated several times purposely, intentionally and consecutively through Law Misconduct which happened by some EEOC supervisors and investigators (**Bryan Hoss, Dana Johansson, Patrick Gheorghe and their Circle in EEOC**) during EEOC investigation because of the affect and influence of Losrios on them.

Although the Honorable Judge of the **Northern** District Court of California has dismissed my federal lawsuit **against EEOC** (Court Case # 22-cv-03367-YGR) by this excuse that the Federal agencies such as EEOC has immunity from lawsuit but as you can see in Exhibit # 16, I have appealed that decision in **Ninth Circuit Court of Appeal with Appeal Case # 23-15128.** Because I believe that the EEOC shall **NOT** take advantage of having immunity to do Law Misconduct during its investigation.

In addition to U.S. Eastern District Court, as I have clarified in my "Clarification regarding Proof of Service", all of the **courts, committees and organizations which are related to justice** have received one copy of all documents which Losrios has been served with. Because I believe in **check and balance**. So, all **justice's eyes** in different courts, committees and organizations which are related to justice are watching this case.

Those courts, committees and organizations include Supreme Court of the United States, United States Courts for 9th Circuit of Appeal, The House Judiciary Committee, The U.S. Senate Judiciary Committee. So, the aforementioned courts, committees and organizations are looking at this case. You can see the proof of service in Exhibit # 17.

In addition to it, recently I have received some threatening notices from suspicious persons by different ways that if I won't dismiss this case voluntarily, bad events will happen for me. Losrios Community College District have to know this point that I am not fearful of their threatening. I made my decision to follow my rights wherever possible such as Eastern District Court, United States Courts for 9th Circuit of Appeal, Supreme Court, The House Judiciary Committee and The U.S. Senate Judiciary Committee.

Besides that, I have shared one copy of all documents, statements, proofs, exhibits and court documents with a federal newspaper and asked them to keep those documents confidential. I asked them that if something bad happens to me or someone kills me, share those documents with newspapers to let all United States people know about Losrios' violations.

Losrios Community College District has to know that here is not land of king or queen and nobody can take advantage of his/her position, at all. Never ever.

Here is the United States of America, the land of liberty and justice for everyone for ever and ever. Some of us came to this country 400 years ago and some other came 4

**Motion for Entry of Judgment**
**Case # 2:23-CV-01571-DAD-AC**
**Sonia Sayyedalhosseini vs. Losrios and et al**

years ago, but all of us are the same in front of justice. Finally, Light will overcome darkness.

Losrios Community College District **has to** know that the U.S. Eastern District Court is **completely different** from EEOC and has independent Honorable Judges who protect justice from distort or distract so Losrios cannot try again to divert the path of Justice or to escape from their responsibility.

In addition to it, as I clarified above, all of the **courts, committees and organizations which are related to justice** have received one copy of all documents which Losrios has been served with it because I believe in **check and balance**. So, all **justice's eyes** in different courts, committees and organizations which are related to justice are watching this case.

Those courts, committees and organizations include Supreme Court of the United States, United States Courts for 9th Circuit of Appeal, The House Judiciary Committee, The U.S. Senate Judiciary Committee. So, the aforementioned courts, committees and organizations are looking at this case. You can see the proof of service in Exhibit # 17.

## CONCLUSION

**So, by all the above clarification, explanation, exhibits and proofs and base on all of other documents which is in my main complaint, I want to kindly and respectfully ask you to accept my Motion for Entry of Judgment and grant me all the 9 items that I mentioned in the Attachment # 2 (Statement of Relief and Demands) of my main complaint because** Losrios Community College District's violations already have been **discovered**, **proved** and **confirmed** by federal investigation through U.S. Equal Employment Opportunity Commission, EEOC, as you can see it in Exhibit # 3.

This investigation results (EEOC Determination Letter) released after **in or around 2 years EEOC investigation** of **more than 1000 pages** documents, statements, exhibits and other proofs that parties gave to EEOC regarding **Charge # 555-2020-01235** (in the form of Charge Complaint, Defendants' Position Statements, Plaintiffs' Hereinafter Charge and ....). On the **third paragraph** of EEOC Investigation Results (in Exhibit # 3) mentioned:

*"I have considered all the evidence disclosed during the investigation and have determined that there is reasonable cause to believe that Respondent did not assign Charging Party courses for Fall 2020 semester and **laid her off** from employment in **retaliation** for engaging in protected activity, **in violation of Title VII**."*

**Motion for Entry of Judgment**
Case # 2:23-CV-01571-DAD-AC
Sonia Sayyedalhosseini vs. Losrios and et al

In addition to it, after I filed a perfect complaint in a timely manner, I have hired a **Specialist in Service of Process** whose name is **Johnny Adams.** As you can see in Exhibit # 4, he has almost **20 years experience** in this job. The defendants have been served **duly, truly, properly and completely** by Johnny Adams who is a specialist process server and he has almost 20 years experience in this job. Please take a look at his updated Affidavit of Service in Exhibit # 8.

*Best Regards,*
*Dr. Sonia Sayyedalhosseini*

09-12-2023

8

**PROOF OF SERVICE**
**"MOTION FOR ENTRY OF JUDGMENT"**

*Sonia Sayyedalhosseini vs. Losrios Community College District and et al*
*Case No: 2:23-cv-01571-DAD-AC*

**United States District Court, Eastern District of California**

I, Mina Amiri, declare that; I am over the age of 18 and I am not party in this case.
I have sent this **"Motion for Entry of Judgment"** regarding **Case # 2:23-CV-01571-DAD-AC** about Sonia Sayyedalhosseini's Complaint by **US. Mail** on **09-12-2023** to the following addresses:

- Jason M. Sherman ESQ. (SBN 245190), A Professional Law Corporation, Point West Commerce Centre, 1545 River Park Drive, Suite 204 Sacramento, CA 95815

- Losrios Community College District at 1919 Spanos Court, Sacramento, CA 95825

- Folsom Lake College at 10 College Parkway, Folsom, CA 95630

- Supreme Court of the United States at 1 First Street, NE, Washington, DC 20543

- United States Courts for the Ninth Circuit at the James R. Browning Courthouse, 95 7th Street , San Francisco, CA 94103

- The U.S. Senate Judiciary Committee at 224 Dirksen Senate Office Building Washington, DC 20510

- The House Judiciary Committee at 2138 Rayburn House Office Building Washington, D.C. 20515

- U.S. Equal Employment Opportunity Commission, Oakland Local Office, 1301 Clay Street, Suite 680-N , Oakland, CA 94612-5217

- U.S. Equal Employment Opportunity Commission, San Francisco District Office, 450 Golden Gate Avenue, 5th Floor West, P.O Box 36025, San Francisco, CA 94102

- Headquarter of U.S. Equal Employment Opportunity Commission, 131 M Street, NE, Washington, D.C.20507

- U.S. Department of Justice, Attorney General, Civil Rights Division, Employment Litigation Section at 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001

- Governor of California at 1303 10th Street, Suite 1173, Sacramento CA 95814

- U.S. Department of Justice, Attorney General of U.S. at 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001

-Faculty Association of California Community College, FACCC at 1823 11th Street, Sacramento, CA 95811

- American Federation of Teachers, AFT at 555 New Jersey Avenue, N.W. Washington, D.C. 20001

- The Executive Director of Losrios' Union at 2126 K Street, Sacramento CA 95816

**✓** **By U.S. Mail:** I have sent this **"Motion for Entry of Judgment"** regarding **Case # 2:23-CV-01571-DAD-AC** about Sonia Sayyedalhosseini's Complaint by **U.S. Mail** on **09-12-2023** to all the mentioned addresses.

**✓** **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Mina Amiri
713 Stafford Street, Apt # 44
Folsom, CA 95630

Nina Amiri

09-12-2023

2

# Exhibit # 1

| | |
|---|---|
| Name | Sonia Sayyedalhosseini |
| Street Address | 713 Stafford street, Apt # 46 |
| City and County | Folsom, Sacramento |
| State and Zip Code | California, CA 95630 |
| Telephone Number | (916) 517- 8294 |

**ORIGINAL FILED**

JUL 31 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

---

**Sonia Sayyedalhosseini**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

1) Losrios Community College District, et al.

2) Folsom Lake College (as a branch of Losrios Community College District)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

---

**Complaint for Employment Discrimination**

Case No. 2:23- CV-1571 DAD AC (PS)
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes     ☒ No
*(check one)*

2:23cv-157 DAD AC (PS)

**FILED**

JUL 3 1 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

# Exhibit # 1

# Exhibit # 2

**U.S. Department of Justice**

Civil Rights Division

KC:MLB:KLF
DJ 170-11N-0

*Employment Litigation Section - PHB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*
*www.usdoj.gov/crt/emp*

## NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL                                            May 9, 2023

Dr. Sonia Sayyedalhosseini
713 Stafford St., Apt. 46
Folsom, CA 95630

                  Re:     Sonia Sayyedalhosseini v. Los Rios Community College
                          District, et al., EEOC Charge No. 555-2020-01235

Dear Dr. Sayyedalhosseini:

        Because you filed the above charge with the Equal Employment Opportunity Commission, and conciliation on that charge has failed, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e et seq., against the above-named respondent. This should not be taken to mean that the Department of Justice has made a judgment as to whether or not your charge is meritorious. If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.

        Therefore, you should consult an attorney of your own choosing at your earliest convenience. If you are unable to locate an attorney, you may wish to contact the EEOC, or apply to the appropriate court, since that court may appoint an attorney in appropriate circumstances under Section 706(f)(1) of Title VII, 41 U.S.C. 2000e-5(f)(1).

        If you or your attorney have any questions concerning this matter or wish to inspect the investigative file, please feel free to address your inquiry to: Christopher Green, Acting Director, EEOC, 1301 Clay Street, Suite 680-N, Oakland, CA 94612-5217.

                                    Sincerely,

                                    Kristen Clarke
                                    Assistant Attorney General
                                    Civil Rights Division

                          By:  *Meredith L. Burrell*

                                    Meredith L. Burrell
                                    Principal Deputy Chief
                                    Employment Litigation Section

cc:     Los Rios Community College Dist. c/o Peter Khang, H.R. Director
        EEOC, Oakland Local Office

Exhibit # 3

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Oakland Local Office**

1301 Clay Street, Suite 680-N
Oakland, CA 94612
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Oakland Direct Dial: (510) 956-0004
FAX (510) 637-3235
Website: www.eeoc.gov

EEOC Charge No. 555-2020-01235

Sonia Sayyedalhosseini
713 Stafford St, Apt # 46
Folsom, CA 95630

Charging Party

Los Rios Community College District
10 College Parkway, Folsom Lake College
Folsom, CA 95630

Respondent

## DETERMINATION

Under the authority vested in me by the U.S. Equal Employment Opportunity Commission (hereinafter "Commission"), I issue the following determination as to the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964, as amended (hereinafter "Title VII"). All requirements for coverage have been met.

Charging Party alleges that she was retaliated against for engaging in protected activity after she filed an internal complaint and an EEOC Charge of Discrimination alleging that she was subjected to sexual harassment. Charging Party alleges that she was laid off from her position, on or about May 21, 2020, and not assigned any courses for the Fall 2020 school semester in retaliation for engaging in protected activity.

I have considered all the evidence disclosed during the investigation and have determined that there is reasonable cause to believe that Respondent did not assign Charging Party courses for the Fall 2020 semester and laid-off the Charging Party in retaliation for engaging in protected activity, in violation of Title VII.

Upon finding that there is reason to believe that violations have occurred, the Commission attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, the Commission now invites the parties to join with it in reaching a just resolution of this matter.

If the Respondent declines to discuss settlement, or when, for any other reason, a settlement acceptable to the office Director is not obtained, the Director will inform the parties and advise them of the court enforcement alternatives available to aggrieved persons and the Commission. Disclosure of information obtained by the Commission during the conciliation process will be made in accordance with Section 706(b) of Title VII and Section 1601.26 of the Commission's procedural regulations. A Commission representative will contact each party in the near future to begin conciliation.

On Behalf of the Commission:



Digitally signed by Ross M. Salazar
DN: cn=Ross M. Salazar, o=U.S. Equal Employment
Opportunity Commission, ou=Enforcement
Manager, San Francisco District Office,
email=ross.salazar@eeoc.gov, c=US
Date: 2022.08.23 11:43:43 -07'00'

August 23, 2022

_____
Date

_____
FOR: Steven Hunt, Local Director
Oakland Local Office

Exhibit # 4



**Trinity Attorney Service**
*Service of Process Specialists*

Specialists@TrinityAttorneyService.com
www.TrinityAttorneyService.com

**Johnny Adams**
*Owner / Specialist*
915 L Street, Suite C
Sacramento, CA 95814
916.719.9626

Exhibit # 5

**AFFIDAVIT OF SERVICE**

| Case:<br>2:23-CV-01571-<br>DAD-AC | Court:<br>United States, District Court, Eastern District<br>of California | County:<br>NA | Job:<br>9408423 (Los Rios Community College District ) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Sonia Sayyedalhosseini | | Defendant / Respondent:<br>Losrios Community College District, et al. | |
| Received by:<br>Trinity Attorney Service | | For:<br>Sonia Sayyedalhosseini | |
| To be served upon:<br>Los Rios Community College District | | | |

I, Johnny Adams, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Los Rios Community College District 1919 Spanos Court, Sacramento, CA 95825

**Manner of Service:**   August 17, 2023 at 12:40 p.m., personally served Laura Machado HR.

**Documents:**   Summons in a Civil Case; Initial Scheduling Order, Pro Se Cases and Court Instructions; Consent Form; Proof of Service Form; Complaint for Employment Discrimination; Table of Contents; Attachment #1 Statement of Facts, Claims and Complaint; Attachment #2 Statement of Relief of Demands; Exhibits

**Additional Comments:**

_____          08/22/2023
Johnny Adams                              **Date**
1445 Sacramento County

Trinity Attorney Service
1017 L Street #654
Sacramento, CA 95814
916.719.9626

# Exhibit # 6

1  JASON M. SHERMAN, ESQ. (SBN 245190)
   JOHNSON SCHACHTER & LEWIS
2  A Professional Law Corporation
   Point West Commerce Centre
3  1545 River Park Drive, Suite 204
   Sacramento, CA 95815
4  Telephone: (916) 921-5800
   Facsimile: (916) 921-0247
5  E-mail: jason@jsl-law.com

6  Attorneys for DEFENDANTS:
   LOS RIOS COMMUNITY COLLEGE DISTRICT and FOLSOM LAKE COLLEGE
7

#1

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  SONIA SAYYEDALHOSSEINI,            )  CASE NO. 2:23-cv-01571-DAD-AC (PS)
                                       )
12                                     )  DEFENDANTS' NOTICE OF MOTION
            Plaintiff,                 )  AND MOTION TO QUASH OR DISMISS
13                                     )  FOR INSUFFICIENT SERVICE OF
                                       )  PROCESS
14  v.                                 )
                                       )
15  LOS RIOS COMMUNITY COLLEGE         )
    DISTRICT, et al., FOLSOM LAKE      )  Complaint Filed:   July 31, 2023
16  COLLEGE (as a branch of the Losrios)  Trial Date:        None Set
    Community College District),       )
17                                     )  Date:      October 25, 2023
                                       )  Time:      10:00 a.m.
18          Defendants.                )  Courtrm:   26, 8th Floor
                                       )
19

20

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

---

                                    1
       DEFENDANTS' NOTICE OF MOTION AND MOTION TO QUASH OR DISMISS FOR INSUFFICIENT
                              SERVICE OF PROCESS

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

1  JASON M. SHERMAN, ESQ. (SBN 245190)
   JOHNSON SCHACHTER & LEWIS
2  A Professional Law Corporation
   Point West Commerce Centre
3  1545 River Park Drive, Suite 204
   Sacramento, CA 95815
4  Telephone: (916) 921-5800
   Facsimile: (916) 921-0247
5  E-mail: jason@jsl-law.com

# 2

6  Attorneys for DEFENDANTS:
   LOS RIOS COMMUNITY COLLEGE DISTRICT and FOLSOM LAKE COLLEGE
7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  SONIA SAYYEDALHOSSEINI,              )  **CASE NO. 2:23-cv-01571-DAD-AC (PS)**
                                         )
12                                       )  **DEFENDANTS' MOTION TO QUASH OR**
              Plaintiff,                 )  **DISMISS FOR INSUFFICIENT SERVICE**
13                                       )  **OF PROCESS**
                                         )
14  v.                                   )
                                         )
15  LOS RIOS COMMUNITY COLLEGE           )  Complaint Filed:    July 31, 2023
    DISTRICT, et al., FOLSOM LAKE        )  Trial Date:         None Set
16  COLLEGE (as a branch of the Losrios  )
    Community College District),         )  **Date:       October 25, 2023**
17                                       )  **Time:       10:00 a.m.**
                                         )  **Courtrm:    26, 8ᵗʰ Floor**
18            Defendants.                )
                                         )
19  ─────────────────────────────────────

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

                            1

1  JASON M. SHERMAN, ESQ. (SBN 245190)
   JOHNSON SCHACHTER & LEWIS
2  A Professional Law Corporation
   Point West Commerce Centre
3  1545 River Park Drive, Suite 204
   Sacramento, CA 95815
4  Telephone: (916) 921-5800
   Facsimile: (916) 921-0247
5  E-mail: jason@jsl-law.com

6  Attorneys for DEFENDANTS:
   LOS RIOS COMMUNITY COLLEGE DISTRICT and FOLSOM LAKE COLLEGE
7

#3

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  SONIA SAYYEDALHOSSEINI,              )  CASE NO. 2:23-cv-01571-DAD-AC (PS)
                                         )
12          Plaintiff,                   )  DEFENDANTS' REQUEST FOR
                                         )  JUDICIAL NOTICE IN SUPPORT OF
13                                       )  MOTION TO QUASH OR DISMISS FOR
                                         )  INSUFFICIENT SERVICE OF PROCESS
14  v.                                   )
                                         )
15  LOS RIOS COMMUNITY COLLEGE          )  Complaint Filed:   July 31, 2023
    DISTRICT, et al., FOLSOM LAKE        )  Trial Date:        None Set
16  COLLEGE (as a branch of the Losrios  )
    Community College District),         )  Date:      October 25, 2023
17                                       )  Time:      10:00 a.m.
            Defendants.                  )  Courtrm:   26, 8th Floor
18                                       )

19

20

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

1

#4

1  JASON M. SHERMAN, ESQ. (SBN 245190)
   JOHNSON SCHACHTER & LEWIS
2  A Professional Law Corporation
   Point West Commerce Centre
3  1545 River Park Drive, Suite 204
   Sacramento, CA 95815
4  Telephone: (916) 921-5800
   Facsimile: (916) 921-0247
5  E-mail: jason@jsl-law.com

6  Attorneys for DEFENDANTS:
   LOS RIOS COMMUNITY COLLEGE DISTRICT and FOLSOM LAKE COLLEGE
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  SONIA SAYYEDALHOSSEINI,              )   CASE NO. 2:23-cv-01571-DAD-AC (PS)
                                         )
12                                       )   DECLARATION OF JASON M.
             Plaintiff,                  )   SHERMAN IN SUPPORT OF
13                                       )   DEFENDANTS' MOTION TO QUASH OR
                                         )   DISMISS FOR INSUFFICIENT SERVICE
14  v.                                   )   OF PROCESS
                                         )
15  LOS RIOS COMMUNITY COLLEGE           )
    DISTRICT, et al., FOLSOM LAKE        )   Complaint Filed:    July 31, 2023
16  COLLEGE (as a branch of the Losrios  )   Trial Date:         None Set
    Community College District),         )
17                                       )   Date:        October 25, 2023
                                         )   Time:        10:00 a.m.
18           Defendants.                 )   Courtrm:     26, 8th Floor
                                         )
19

20

21  I, Jason M. Sherman, declare as follows:

22       1.     I am an attorney duly licensed to practice law before all of the courts of the State

23  of California, including the Eastern District of California, and am a shareholder in the law firm

24  of Johnson Schachter & Lewis, a P.L.C., attorneys of record for Defendants LOS RIOS

25  COMMUNITY COLLEGE DISTRICT (hereinafter "District") and FOLSOM LAKE COLLEGE

26  (hereinafter collectively "Defendants"). I make this declaration based upon my personal

27  knowledge and if called as a witness could, and would, testify competently thereto.

28  ///

DECLARATION OF JASON M. SHERMAN IN SUPPORT OF DEFENDANTS' MOTION TO QUASH OR
DISMISS FOR INSUFFICIENT SERVICE OF PROCESS

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

Exhibit # 7

8:11 AM

← Johnny Adams(S...

**Dear Johnny**
**Greetings the day,**
**Today, respondants**
**filed the motion to**
**dismiss for insufficient**
**proof of service.**
**They mentioned that**
**Laura Machado is not**
**responsible to receive**
**legal document. How**
**did you realize that**
**Laura Machado was**
**responsible to receive**
**legal document?????? I**
**am looking forward to**
**hearing back from you**
**as soon as possible**

Thu 2:54PM

Send message

0 / 8192

# Exhibit # 8

## AFFIDAVIT OF SERVICE

| Case: 2:23-CV-01571-DAD-AC | Court: United States, District Court, Eastern District of California | County: NA | Job: 9408423 (Los Rios Community College District) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Sonia Sayyedalhosseini | | **Defendant / Respondent:** Losrios Community College District, et al. | |
| **Received by:** Trinity Attorney Service | | **For:** Sonia Sayyedalhosseini | |
| **To be served upon:** Los Rios Community College District | | | |

I, Johnny Adams, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Los Rios Community College District 1919 Spanos Court, Sacramento, CA 95825

**Manner of Service:**  August 17, 2023 at 12:40 p.m. personally served Laura Machado HR.

**Documents:**  Summons in a Civil Case; Initial Scheduling Order, Pro Se Cases and Court Instructions; Consent Form; Proof of Service Form; Complaint for Employment Discrimination; Table of Contents; Attachment #1 Statement of Facts, Claims and Complaint; Attachment #2 Statement of Relief of Demands; Exhibits

**Additional Comments:**
When I arrived and given address, I stated that I had legal documents for service of process and asked for someone in the legal department or Human Resources who was authorized to accept service of process. I was directed to Laura Machado who stated she was happy to sign for the documents. I replied that a signature was not require for service or process.

_____        9/7/23
Johnny Adams        **Date**
1445 Sacramento County

Trinity Attorney Service
1017 L Street #654
Sacramento, CA 95814
916.719.9626

# Exhibit # 9

**CASE NO. 2:23-CV-01571-DAD-AC**

IN THE UNITED STATES EASTERN DISTRICT COURT

**ORIGINAL FILED**

SEP 1 1 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

---

SONIA SAYYEDALHOSSEINI,

Plaintiff,

v.

LOS RIOS COMMUNITY COLLEGE DISTRICT, ET. AL.,

Defendants.

---

**TITLE:**

**OPPOSITION & OBJECTION TO REJECT & REBUT DEFENDANTS'
MOTIONS, REQUESTS & NOTICES <u>REGARDING QUASH OR DISMISS
FOR INSUFFICIENT SERVICE OF PROCESS</u>**

**September 11th 2023**

---

SONIA SAYYEDALHOSSEINI, PRO SE

713 Stafford Street, Apt # 46

Folsom, CA 95630

soniaseyedalhoseini@yahoo.com

(916) 517-8294

**"NOTICE OF LODGING"**
**Case # 2:23-cv-01571-DAD-AC**

I, Sonia Sayyedalhosseini confirm this point that today, **09-11-2023** I have attached one Flash memory drive to my **"Opposition & Objection to Reject & Rebut Defendants' Motions, Requests & Notices regarding Quash or Dismiss for Insufficient Service of Process"** regarding **Case # 2:23-cv-01571-DAD-AC** (Sonia Sayyedalhosseini vs. Losrios Community College District and et al) file under the title of **Exhibit # 8** of the aforementioned Opposition which includes a video of Losrios Community College District location and accessibility.

Best Regards,
Sonia Sayyedalhosseini

09-11-2023

**ORIGINAL**
**FILED**

SEP 1 1 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

# Exhibit # 10



ORIGINAL
FILED

AUG 3 1 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

CASE NO. 2:23-CV-01571-DAD-AC

IN THE UNITED STATES EASTERN DISTRICT COURT

SONIA SAYYEDALHOSSEINI,
Plaintiff,

v.

LOS RIOS COMMUNITY COLLEGE DISTRICT, ET. AL.,
Defendants.

**TITLE:**
**PLAINTIFF'S CLARIFICATION REGARDING PROOF OF SERVICE**

SONIA SAYYEDALHOSSEINI, PRO SE
713 Stafford Street, Apt # 46
Folsom, CA 95630
soniaseyedalhoseini@yahoo.com
(916)517-8294
August 31, 2023

# Exhibit # 11



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Oakland CA 94612

| Certified Mail Fee | $4.35 | |
|---|---|---|
| $ | | 0630 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $2.07 | |
| $ | | AUG 2023 |
| Total Postage and Fees | | 08/30/2023 |
| $ | $6.42 | USPS 99638 |

Sent To  EOC of Oakland Local office
Street and Apt. No., or PO Box No.  1301 Clay Street, Suite 1170-N
City, State, ZIP+4®  Oakland, CA 94612-5217

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 2720 0003 0645 0248

< > AA ⬤ tools.usps.com ↻ ⬆ + ⬚

☰  🔍

# USPS Tracking®

**Tracking** / FAQs >

 **Track Packages Anytime, Anywhere**  Get the free Informed Delivery® feature to receive automated notifications on your packages  **Learn More**

**Remove ✕**

**Tracking Number:**

## 70212720000306950248

📋 Copy   🏃 Add to Informed Delivery

Feedback

### Latest Update

Your item was delivered to an individual at the address at 12:28 pm on September 5, 2023 in OAKLAND, CA 94612.

─────────────────────────

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

⊘ **Delivered**
**Delivered, Left with Individual**

OAKLAND, CA 94612
September 5, 2023, 12:28 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**                               ⌄

**USPS Tracking Plus®**                                 ⌄

**Product Information**                                 ⌄

**See Less ∧**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

San Francisco, CA 94102

Certified Mail Fee   $4.35

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage   $2.07

Total Postage and Fees   $6.42

Sent To *EEOC of San Francisco*
Street and Apt. No., or PO Box No. *450 Golden Gate Ave, 5 Floor West*
City, State, ZIP+4® *San Francisco, CA 94102*

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions



‹ › 📖 AA 🔒 tools.usps.com ↻ ⬆ + 🗔

☰  🔍

# USPS Tracking®

**Tracking** / **FAQs ›**

**Track Packages Anytime, Anywhere** | Get the free Informed Delivery® feature to receive automated notifications on your packages | **Learn More**

**Tracking Number:**                                    **Remove ✕**

## 70212720000306950262

📋 Copy    🏃 Add to Informed Delivery

---

**✔ Delivered**
**Delivered, Front Desk/Reception/Mail Room**
SAN FRANCISCO, CA 94102
September 6, 2023, 1:00 pm

**See All Tracking History**

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:00 pm on September 6, 2023 in SAN FRANCISCO, CA 94102.

**What Do USPS Tracking Statuses Mean?**

---

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

| Text & Email Updates | ∨ |
|---|---|
| USPS Tracking Plus® | ∨ |
| Product Information | ∨ |

**See Less ⌃**

Feedback



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20507

OFFICIAL USE

| Certified Mail Fee | $4.35 | 0630 |
| | $0.00 | 18 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $11.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $2.07 | |
| Total Postage and Fees | $6.42 | |

FOLSOM
CA
AUG 2023
08/30/2023
USPS

Sent To *Headquarter of EEOC*
Street and Apt. No., or PO Box No. *131 M. Street, N.E.*
City, State, ZIP+4® *Washington, D.C 20507*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 2720 0003 0495 0255



≡                ◢                🔍

# USPS Tracking®

**Tracking**   /   **FAQs >**


**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**Remove ✕**

**Tracking Number:**

## 70212720000306950255

📋 **Copy**    🏃 **Add to Informed Delivery**

Feedback

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:42 am on September 6, 2023 in WASHINGTON, DC 20507.

─────────────────

**Get More Out of USPS Tracking:**

🔎 **USPS Tracking Plus®**

⊘ **Delivered**
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20507
September 6, 2023, 8:42 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

─────────────────────────────────

**Text & Email Updates**     ⌄

─────────────────────────────────

**USPS Tracking Plus®**     ⌄

─────────────────────────────────

**Product Information**     ⌄

**See Less ∧**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee  $4.35                                    0630
                                                              18
$                                    $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $                    Postmark
☐ Adult Signature Required           $ $0.00              Here
☐ Adult Signature Restricted Delivery $                   FOLSOM
Postage        $0.66                                      CA
$                                                    AUG 08/30/2023
Total Postage and Fees  .01                          USPS-9563C
$
Sent To *U.S. Department of Justice, Civil Rights Division*
         *Employment Litigation Section*
Street and Apt. No., or PO Box No.
*950 Pennsylvania Avenue (NW) vl*
City, State, ZIP+4®
*Washington, D.C. 20530*

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions

☰  🔍

# USPS Tracking®

**Tracking** / FAQs >

 **Track Packages Anytime, Anywhere** | Get the free Informed Delivery® feature to receive automated notifications on your packages | **Learn More**

**Remove ✕**

Tracking Number:

## 70212720000306950231

📋 Copy   🏃 Add to Informed Delivery

Feedback

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 5:06 am on September 11, 2023 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

✅ **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20530
September 11, 2023, 5:06 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

**See Less ⌃**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20543

| Certified Mail Fee | $4.35 |
| --- | --- |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

| Postage | $0.66 |
| --- | --- |

| Total Postage and Fees | $5.01 |
| --- | --- |

Sent To *Supreme Court of United States*
Street and Apt. No., or PO Box No. *1 First Street, N.E.*
City, State, ZIP+4 *Washington, D.C. 20543*

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions

Postmark
FOLSOM Here
CA
AUG 2023
USPS

7021 2720 0003 0695 0187

   tools.usps.com

# USPS Tracking®

**Tracking** / FAQs >

 **Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**Tracking Number:**                                                          **Remove ✕**

## 7021272000030 6950187

⎙ **Copy**    🏃 **Add to Informed Delivery**

**Feedback**

### Latest Update

Your item was picked up at a postal facility at 10:59 am on September 5, 2023 in WASHINGTON, DC 20543.

**Get More Out of USPS Tracking:**
🔍 USPS Tracking Plus®

⊘ **Delivered**
**Delivered, Individual Picked Up at Postal Fa**

WASHINGTON, DC 20543
September 5, 2023, 10:59 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

---

**Text & Email Updates**                                                  ⌄

---

**USPS Tracking Plus®**                                                   ⌄

---

**Product Information**                                                    ⌄

---

**See Less** ⌃



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

San Francisco CA 94103

Certified Mail Fee $4.35

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage $9.65

Total Postage and Fees $14.00

Postmark
Here

0630

Sent To Ninth Circuit Court (clerk's office)
Street and Apt. No., or PO Box No. 95 7th street
City, State, ZIP+4® San Francisco, CA 94163

7021 2720 0000 0895 0149

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

 AA  🔒 tools.usps.com

☰                                        🔍

# USPS Tracking®

**Tracking**    /    **FAQs >**

🏃 **Track Packages Anytime, Anywhere**    Get the free Informed Delivery® feature to receive automated notifications on your packages    **Learn More**

**Remove ✕**

**Tracking Number:**

# 70212720000306950149

🗐 Copy    🏃 Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:25 am on August 24, 2023 in SAN FRANCISCO, CA 94103.

_____

**Get More Out of USPS Tracking:**

📇 USPS Tracking Plus®

⊘ **Delivered**

**Delivered, Front Desk/Reception/Mail Room**

SAN FRANCISCO, CA 94103
August 24, 2023, 9:25 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

| Text & Email Updates | ⌄ |
| --- | --- |
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

**See Less ⌃**





≡  🔍

# USPS Tracking®

**Tracking** / FAQs >

 **Track Packages Anytime, Anywhere**   Get the free Informed Delivery® feature to receive automated notifications on your packages   **Learn More**

Remove ✕

**Tracking Number:**

## 70212720000306950200

📋 Copy   🏃 Add to Informed Delivery

**Feedback**

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:56 pm on September 5, 2023 in WASHINGTON, DC 20515.

**Get More Out of USPS Tracking:**

📱 USPS Tracking Plus®

✅ **Delivered**
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20515
September 5, 2023, 12:56 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Text & Email Updates                    ⌄

USPS Tracking Plus®                     ⌄

Product Information                     ⌄

See Less ∧



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Washington, DC 20510

Certified Mail Fee   $4.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)         $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery  $

Postage   $0.66

Total Postage and Fees   $5.01

FOLSOM CA
Postmark Here
AUG 2023
USPS-95630
08/28/2023

Sent To  *The U.S. Senate Judiciary Committee*
Street and Apt. No., or PO Box No.  *224 Dirksen Senate Office Building*
City, State, ZIP+4®  *Washington, D.C. 20510*

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7021 2720 0000 0645 0194

< > AA 🔒 tools.usps.com ↻ ⬆ + ▢

☰  Q

# USPS Tracking®

**Tracking** / **FAQs >**

 **Track Packages Anytime, Anywhere** | Get the free Informed Delivery® feature to receive automated notifications on your packages | **Learn More**

**Remove ✕**

**Tracking Number:**

## 70212720000306950194

📋 Copy   🏃 Add to Informed Delivery

Feedback

### Latest Update

Your item was delivered to an individual at the address at 11:40 am on September 5, 2023 in WASHINGTON, DC 20510.

___

**Get More Out of USPS Tracking:**

📱 USPS Tracking Plus®

✅ **Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20510
September 5, 2023, 11:40 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

**See Less ⌃**



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20530

| Certified Mail Fee | $4.35 | |
|---|---|---|
| $ | | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ | |
| ☐ Certified Mail Restricted Delivery | $ | |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.66 | |
| $ | | |
| Total Postage and Fees | $5.01 | |
| $ | | |

FOLSOM
CA Postmark
Here
AUG 2023
USPS-95630
08/28/2023

Sent To
*U.S. Department of Justice, Attorney General U.S*
Street and Apt. No., or PO Box No.
*950 Pennsylvania Avenue, NW*
City, State, ZIP+4®
*Washington, D.C. 20530—0001*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 2720 0003 0495 0163

# USPS Tracking®

**Tracking** / **FAQs** ›



**Track Packages** **Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

Remove ✕

**Tracking Number:**

# 70212720000306950163

📋 Copy   🏃 Add to Informed Delivery

Feedback

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 5:06 am on September 11, 2023 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

📷 USPS Tracking Plus®

✅ **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20530
September 11, 2023, 5:06 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**   ⌄

**USPS Tracking Plus®**   ⌄

**Product Information**   ⌄

See Less ⌃



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Sacramento, CA 95811

Certified Mail Fee $4.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage    $17.10

Total Postage and Fees  $21.45

Sent To *Faculty Association of California Community College*
Street and Apt. No., or PO Box No. *1823   11th Street*
City, State, ZIP+4® *Sacramento, CA 95811*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7022 2410 0002 8390 1276



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20001

| Certified Mail Fee | $4.35 |
|---|---|
| $ | $0.00 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postage        $17.10

Total Postage and Fees
$        $21.45

Sent To *American Federation of Teachers, AFT*

Street and Apt. No., or PO Box No. *555 New Jersey Avenue, NW*

City, State, ZIP+4® *Washington, D.C. 20001*

0630 — 18
Postmark Here
FOLSOM
CA
AUG 2023
USPS 95630
08/30/2023

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7022 2410 0002 8390 1290



☰                                                                                            Q

# USPS Tracking®

**Tracking**    /    **FAQs >**


**Track Packages Anytime, Anywhere**    Get the free Informed Delivery® feature to receive automated notifications on your packages    **Learn More**

**Tracking Number:**                                              **Remove ✕**

## 70222410000283901290

 Copy    🏃 Add to Informed Delivery

Feedback

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:41 pm on September 1, 2023 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

⊘ **Delivered**
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20001
September 1, 2023, 2:41 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Sacramento CA 95816    OFFICIAL USE

| Certified Mail Fee | $4.35 | 0630 |
| | $0.00 | 18 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage    $17.10

Total Postage and Fees
$    $21.45

Sent To  *Executive Director of LRCCD's Union*
Street and Apt. No., or PO Box No. *2126 K Street*
City, State, ZIP+4® *Sacramento, CA 95816*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

FOLSOM CA
AUG 2023
08/30/2023
USPS 95630

 AA 🔒 tools.usps.com

≡  🔍

# USPS Tracking®

**Tracking** / **FAQs >**

 **Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**Remove ✕**

**Tracking Number:**

## 70222410000283901306

📋 Copy     🏃 Add to Informed Delivery

Feedback

### Latest Update

Your item was delivered to an individual at the address at 10:46 am on August 31, 2023 in SACRAMENTO, CA 95816.

**Get More Out of USPS Tracking:**
🔍 USPS Tracking Plus®

✅ **Delivered**
**Delivered, Left with Individual**

SACRAMENTO, CA 95816
August 31, 2023, 10:46 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

---

**See Less ∧**

# Exhibit # 12

JASON M. SHERMAN, ESQ. (SBN 245190)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Point West Commerce Centre
1545 River Park Drive, Suite 204
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247
E-mail:  jason@jsl-law.com

Attorneys for DEFENDANTS:
LOS RIOS COMMUNITY COLLEGE DISTRICT and FOLSOM LAKE COLLEGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONIA SAYYEDALHOSSEINI, | CASE NO. 2:23-cv-01571-DAD-AC (PS) |
| Plaintiff, | **NOTICE OF RELATED CASES (LOCAL RULE 123)** |
| v. | Complaint Filed:    July 31, 2023<br>Trial Date:          None Set |
| LOS RIOS COMMUNITY COLLEGE DISTRICT, et al., FOLSOM LAKE COLLEGE (as a branch of the Losrios Community College District), | |
| Defendants. | |

///
///
///
///
///
///
///
///

1

**NOTICE OF RELATED CASES (LOCAL RULE 123)**

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

# Exhibit # 13

CASE NO. 2:23-CV-01571-DAD-AC

IN THE UNITED STATES EASTERN DISTRICT COURT

SONIA SAYYEDALHOSSEINI,

Plaintiff,

v.

LOS RIOS COMMUNITY COLLEGE DISTRICT, ET. AL.,

Defendants.

**ORIGINAL
FILED**

SEP 1 1 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**TITLE:**

**OPPOSITION & OBJECTION TO REJECT & REBUT DEFENDANTS'
NOTICE OF RELATED CASES**

**September 11th 2023**

SONIA SAYYEDALHOSSEINI, PRO SE

713 Stafford Street, Apt # 46

Folsom, CA 95630

soniaseyedalhoseini@yahoo.com

(916) 517-8294

Exhibit # 14

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Oakland Local Office**
1301 Clay Street, Suite 680-N
Oakland, CA 94612
(510) 956-0004
Website:  www.eeoc.gov

September 07, 2022

Dr. Sonia Sayyedalhosseini
713 Stafford Street, Apt # 46
FOLSOM, CA 95630

Re:  Dr. Sonia Sayyedalhosseini v. LOS RIOS COMMUNITY COLLEGE DISTRICT
     EEOC Charge Number: 555-2020-01235

The Commission has determined that efforts to conciliate this charge as required Title VII of the Civil Rights Act of 1964 (Title VII) have been unsuccessful.   This letter is the notice required by §1601.25 of the Commission's Regulations, which provides that the Commission shall notify a Respondent in writing when it determines that further conciliation efforts would be futile or non-productive. No further efforts to conciliate this case will be made.

Accordingly, we are at this time forwarding the case to the Department of Justice for litigation review. A determination should be forthcoming in the near future.

On Behalf of the Commission:

**Steven Hunt**    Digitally signed by Steven Hunt
                   Date: 2022.09.07 10:36:02 -07'00'

Steven Hunt
Local Director

# Exhibit # 15

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

<u>Northern</u> District of <u>California</u>

|  |  |
|---|---|
| Sonia Sayyedalhosseini | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. **22-cv-03367-YGR** |
| 1) U.S. Equal Employment Opportunity Commission, Oakland Local Office | ) ) |
| 2) U.S. Equal Employment Opportunity Commission, San Francisco District Office | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

1) U.S. Equal Employment Opportunity Commission, Oakland Local Office

1301 Clay Street, Suite 680-N ,
Oakland, CA 94612-5217

2) U.S. Equal Employment Opportunity Commission, San Francisco District Office

450 Golden Gate Avenue,
San Francisco, CA 94102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sonia Sayyedalhosseini
713 Stafford Street, Apt # 46
Folsom, CA 95630

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

JENNY GALANG

Date: 7/11/2022

_____
*Signature of Clerk or Deputy Clerk*

FILED

JUN 08 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONIA SAYYEDALHOSSEINI,

Plaintiff,

v.

US EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

Defendant.

Case No. 22-cv-03367-YGR

**ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE
AND ADR DEADLINES**

IT IS HEREBY ORDERED that this action is assigned to the Honorable Yvonne Gonzalez Rogers. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order and all other documents specified in Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR webpage at www.cand.uscourts.gov/adr. A limited number of printed copies are available from the Clerk's Office.

United States District Court
Northern District of California

# U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:22-cv-03367-YGR
## Internal Use Only

Sayyedalhosseini v. U.S. Equal Employment Opportunity
Commission, Oakland Local Office et al
Assigned to: Judge Yvonne Gonzalez Rogers
Demand: $900,000
Cause: 05:702 Administrative Procedure Act

Date Filed: 06/08/2022
Jury Demand: None
Nature of Suit: 899 Other Statutes:
Administrative Procedures Act/Review or
Appeal of Agency Decision
Jurisdiction: Federal Question

## Plaintiff

**Sonia Sayyedalhosseini**    *I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office*    represented by    **Sonia Sayyedalhosseini**
                              *ATTEST*                                                              713 Stafford Street, Apt. 46
                                                                                                    Folsom, CA 95630
Clerk, U.S. District Court                                                                          916-517-8294
Northern District of California                                                                     PRO SE
By _____
Date 10/7/22   Deputy Clerk

V.

## Defendant

**U.S. Equal Employment Opportunity**    represented by    **Elizabeth D. Kurlan**
**Commission, Oakland Local Office**                        United States Attorney's Office
                                                           Northern District of California
                                                           450 Golden Gate Avenue, Box 36055
                                                           San Francisco, CA 94102
                                                           (415) 436-7298
                                                           Email: Elizabeth.Kurlan@usdoj.gov
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

## Defendant

**U.S. Equal Employment Opportunity**    represented by    **Elizabeth D. Kurlan**
**Commission, San Francisco District**                     (See above for address)
**Office**                                                 *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2022 | 1 | COMPLAINT against U.S. Equal Employment Opportunity Commission Oakland, U.S. Equal Employment Opportunity Commission San Francisco. Filed b by Sonia Sayyedalhosseini. (Attachments: # 1 Civil Cover Sheet) (kmg, COURT STAFF) (Filed on 6/8/2022) (Additional attachment(s) added on 6/10/2022: # 1 Exhibit, # 1.1 Exhibit, # 1.2 Exhibit. (Additional attachment(s) added on 6/10/2022: # 2 Exhibit, # 2.1 Exhibit, # 3 Exhibit, # 4 Exhibit, # , # 6 Exhibit, #7 Exhibit. |

1  Your Name: __Sonia Sayyedalhosseini__

2  Address: __713 Stafford street, Apt # 46, Folsom CA 95630__

3  Phone Number: __(916) 517- 8294__

4  Fax Number: __N/A__

5  E-mail Address: __soniaseyedalhoseini@yahoo.com__

6  Pro Se Plaintiff

**FILED**

**AUG 08 2022**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| 11  Sonia Sayyedalhosseini | 22-cv-03367-YGR<br>Case Number  *[leave blank]* |
| 13  Plaintiff, | **COMPLAINT** (Amended Complaint) |
| 14  vs. |  |
| 15  1) U.S. Equal Employment Opportunity Commission,<br>16  Oakland Local Office | **DEMAND FOR JURY TRIAL** |
| 17  2) U.S. Equal Employment Opportunity Commission,<br>18  San Francisco District Office | Yes ☐  No ☒ |
| 19  Defendant. |  |

21  **PARTIES**

22  1. Plaintiff. *[Write your name, address, and phone number. Add a page for additional plaintiffs.]*

23  Name: __Sonia Sayyedalhosseini__

24  Address: __713 Stafford street, Apt # 46 , Folsom CA 95630__

25  Telephone: __(916) 517- 8294__

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

# Exhibit # 16

CLERK, U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
P.O. BOX 193939
SAN FRANCISCO, CA 94119-3939

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE

**LEGAL MAIL**



quadie
FIRST-C
IMI
$00(
04/26/20
043M31

**SPECIAL MAIL**

OPEN ONLY IN THE PRESENCE OF THE A

# SPECIAL MAIL

**OPEN ONLY IN THE PRESENCE OF THE ADDRESS**

Sonia Sayyedalhosseini
713 Stafford Street, Apt. 46
Folsom, CA 95630

95630$2845  C04?

Sonia Sayyedalhosseini
713 Stafford Street, Apt. 46
Folsom, CA 95630

---

---



Office of the Clerk

**United States Court of Appeals for the Ninth Circuit**

Post Office Box 193939

San Francisco, California 94119-3939

415-355-8000

Molly C. Dwyer
Clerk of Court

January 31, 2023

| | |
|---|---|
| No.: | 23-15128 |
| D.C. No.: | 4:22-cv-03367-YGR |
| Short Title: | Sonia Sayyedalhosseini v. EEOC, Oakland Local Office, et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

**Appellants who are filing pro se should refer to the accompanying information sheet regarding the filing of informal briefs.**

# Exhibit # 17



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Washington, DC 20543

Certified Mail Fee  $4.35

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery $

Postmark
FOLSOM
CA
AUG 2023

Postage  $0.66

Total Postage and Fees  $5.01

Sent To  *Supreme Court of United States*
Street and Apt. No., or PO Box No.  *1 First street, N.E.*
City, State, ZIP+4  *Washington, D.C. 20543*

7021 2720 0003 0495 0187

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

  

# USPS Tracking®

**Tracking** / FAQs >

 **Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**Tracking Number:**

## 70212720000306950187

Remove ✕

📋 Copy    🏃 Add to Informed Delivery

Feedback

### Latest Update

Your item was picked up at a postal facility at 10:59 am on September 5, 2023 in WASHINGTON, DC 20543.

─────────────────

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

✓ **Delivered**

**Delivered, Individual Picked Up at Postal Fa**

WASHINGTON, DC 20543
September 5, 2023, 10:59 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

| **Text & Email Updates** | ⌄ |
|---|---|

| **USPS Tracking Plus®** | ⌄ |
|---|---|

| **Product Information** | ⌄ |
|---|---|

**See Less** ⌃



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

San Francisco CA 94103

Certified Mail Fee  $4.35

$ $0.00

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage
$ $9.65

Total Postage and Fees
$ $14.00

0630

Postmark
Here

Sent To  *Ninth Circuit Court (clerk's office)*
Street and Apt. No., or PO Box No.  *95  7th  Street*
City, State, ZIP+4®  *San Francisco, CA 94103*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions


☰                                        🔍

# USPS Tracking®

**Tracking**  /  **FAQs >**

 **Track Packages Anytime, Anywhere**  Get the free Informed Delivery® feature to receive automated notifications on your packages  **Learn More**

**Tracking Number:**                                                **Remove ✕**

## 70212720000306950149

📋 Copy   🏃 Add to Informed Delivery

Feedback

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:25 am on August 24, 2023 in SAN FRANCISCO, CA 94103.

―――――――――――――

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

⊘ **Delivered**
**Delivered, Front Desk/Reception/Mail Room**

SAN FRANCISCO, CA 94103
August 24, 2023, 9:25 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

―――――――――――――――――――――――――

**Text & Email Updates**                                    ⌄

―――――――――――――――――――――――――

**USPS Tracking Plus®**                                     ⌄

―――――――――――――――――――――――――

**Product Information**                                     ⌄

**See Less ⌃**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20515

| Certified Mail Fee | $4.35 |
|---|---|
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $_____
☐ Return Receipt (electronic)   $_____
☐ Certified Mail Restricted Delivery   $_____
☐ Adult Signature Required   $_____
☐ Adult Signature Restricted Delivery   $_____

Postmark
Here

| Postage | $0.66 |
|---|---|
| $ | |

| Total Postage and Fees | |
|---|---|
| $ | $5.01 |

Sent To *The House Judiciary Committee*

Street and Apt. No., or PO Box No. *2138 Rayburn House office Building*

City, State, ZIP+4® *Washington, D.C. 20515*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

🔒 tools.usps.com

# USPS Tracking®

**Tracking** / **FAQs >**

**Track Packages Anytime, Anywhere** Get the free Informed Delivery® feature to receive automated notifications on your packages **Learn More**

**Remove ✕**

**Tracking Number:**

## 702127200000306950200

🗐 Copy    🏃 Add to Informed Delivery

Feedback

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:56 pm on September 5, 2023 in WASHINGTON, DC 20515.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

☑️ **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20515
September 5, 2023, 12:56 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

| Text & Email Updates | ⌄ |
| --- | --- |
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

**See Less ⌃**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20510

Certified Mail Fee   $4.35

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage   $0.66

Total Postage and Fees   $5.01

FOLSOM CA
Postmark Here
AUG 2023
USPS-95630
08/28/2023

Sent To  *The U.S. Senate Judiciary Committee*
Street and Apt. No., or PO Box No.  *224 Dirksen Senate Office Building*
City, State, ZIP+4®  *Washington, D.C. 20510*

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7021 2720 0003 0645 0194



# USPS Tracking®

Tracking / FAQs >

**Track Packages Anytime, Anywhere** Get the free Informed Delivery® feature to receive automated notifications on your packages **Learn More**

Remove ✕

**Tracking Number:**

## 70212720000306950194

 Copy  ⚡ Add to Informed Delivery

Feedback

⊘ **Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20510
September 5, 2023, 11:40 am

**Latest Update**

Your item was delivered to an individual at the address at 11:40 am on September 5, 2023 in WASHINGTON, DC 20510.

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Get More Out of USPS Tracking:**
📱 USPS Tracking Plus®

Text & Email Updates                    ⌄

USPS Tracking Plus®                    ⌄

Product Information                    ⌄

See Less ⌃



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

Certified Mail Fee  $4.35

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $_____
☐ Return Receipt (electronic)        $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required           $_____
☐ Adult Signature Restricted Delivery $_____

Postage  $0.66

Total Postage and Fees  $5.01

FOLSOM CA
Postmark Here
AUG 2023
USPS-95630
08/28/2023

Sent To  U.S. Department of Justice, Attorney General U.S
Street and Apt. No., or PO Box No.  950 Pennsylvania Avenue, NW
City, State, ZIP+4®  Washington, D.C. 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7021 2720 0000 5545 0163

< > AA ⬤ tools.usps.com
Case 2:23-cv-01571-DJC-JDP    Document 15    Filed 09/12/23    Page 86 of 88
☐ + ⬚

 ☰  🔍

# USPS Tracking®

**Tracking** / **FAQs >**

🪓 **Track Packages Anytime, Anywhere** | Get the free Informed Delivery® feature to receive automated notifications on your packages | **Learn More**

**Tracking Number:**

**Remove ✕**

# 70212720000306950163

📋 Copy   🏃 Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 5:06 am on September 11, 2023 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

✓ **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20530
September 11, 2023, 5:06 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

**See Less ⌃**

**PROOF OF SERVICE**
**"MOTION FOR ENTRY OF JUDGMENT"**

*Sonia Sayyedalhosseini vs. Losrios Community College District and et al*
*Case No: 2:23-cv-01571-DAD-AC*

**United States District Court, Eastern District of California**

I, Mina Amiri, declare that; I am over the age of 18 and I am not party in this case.
I have sent this **"Motion for Entry of Judgment"** regarding **Case #**
**2:23-CV-01571-DAD-AC** about Sonia Sayyedalhosseini's Complaint by **US. Mail** on
**09-12-2023** to the following addresses:

- Jason M. Sherman ESQ. (SBN 245190), A Professional Law Corporation, Point West
Commerce Centre, 1545 River Park Drive, Suite 204 Sacramento, CA 95815

- Losrios Community College District at 1919 Spanos Court, Sacramento, CA 95825

- Folsom Lake College at 10 College Parkway, Folsom, CA 95630

- Supreme Court of the United States at 1 First Street, NE, Washington, DC 20543

- United States Courts for the Ninth Circuit at the James R. Browning Courthouse, 95
7th Street , San Francisco, CA 94103

- The U.S. Senate Judiciary Committee at 224 Dirksen Senate Office Building
Washington, DC 20510

- The House Judiciary Committee at 2138 Rayburn House Office Building Washington,
D.C. 20515

- U.S. Equal Employment Opportunity Commission, Oakland Local Office, 1301 Clay
Street, Suite 680-N , Oakland, CA 94612-5217

- U.S. Equal Employment Opportunity Commission, San Francisco District Office, 450
Golden Gate Avenue, 5th Floor West, P.O Box 36025, San Francisco, CA 94102

- Headquarter of U.S. Equal Employment Opportunity Commission, 131 M Street, NE,
Washington, D.C.20507

- U.S. Department of Justice, Attorney General, Civil Rights Division, Employment
Litigation Section at 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001

- Governor of California at 1303 10th Street, Suite 1173, Sacramento CA 95814

1

- U.S. Department of Justice, Attorney General of U.S. at 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001

-Faculty Association of California Community College, FACCC at 1823 11ᵗʰ Street, Sacramento, CA 95811

- American Federation of Teachers, AFT at 555 New Jersey Avenue, N.W. Washington, D.C. 20001

- The Executive Director of Losrios' Union at 2126 K Street, Sacramento CA 95816

____✓____ **By U.S. Mail:** I have sent this **"Motion for Entry of Judgment"** regarding **Case # 2:23-CV-01571-DAD-AC** about Sonia Sayyedalhosseini's Complaint by **U.S. Mail** on **09-12-2023** to all the mentioned addresses.

____✓____ **STATE**: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Mina Amiri
713 Stafford Street, Apt # 44
Folsom, CA 95630

Nina Amiri

09-12-2023

2