UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA SAYYEDALHOSSEINI,<br><br>             Plaintiff,<br><br>      v.<br><br>LOS RIOS COMMUNITY COLLEGE DISTRICT,<br><br>             Defendant. | Case No.  2:23-cv-1571-DJC-JDP (PS)<br><br>ORDER |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On December 19, 2025, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections on December 29, 2025, and they were considered by the undersigned.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds

the findings and recommendations to be supported by the record and by the proper analysis, with the exception of the Fourteenth and Nineteenth Affirmative Defenses, which as Plaintiff points out in his Objections were withdrawn by Defendant.  (ECF No. 76 at p. 2, citing ECF 66 at pp. 8 and 9.)

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed December 19, 2025, are adopted in part;

2. Plaintiff's motion to strike, ECF No. 64, is GRANTED in part;

3. Defendant's sixth affirmative defense, unclean hands, is stricken;

4. Defendant's First, Fifth, Eighth, Ninth, Tenth, Twelfth, Thirteenth, Fourteenth, Sixteenth, Seventeenth, Nineteenth and Twenty-Third Affirmative Defenses are deemed withdrawn; and

5. The motion is DENIED in all other respects.

6. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:   **January 28, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE